IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff | § § § § | |
| vs. | § § | NO. 16-CR-00254(7)-XR |
| NORMA L. VILLARREAL-GARCIA,<br>　　　　Defendant. | § § § | |

NOTICE OF JUDICIAL CONFLICTS
[Scheduling Detention Hearing]

TO THE HONORABLE XAVIER RODRIGUEZ, DISTRICT JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

**NOW COMES,** the Defendant, NORMA L. VILLARREAL-GARCIA, who by and through undersigned counsel files this Notice of her judicial conflicts for scheduling purposes:

1.　Undersigned counsel notifies this Honorable Court that she is available for a detention hearing on the dates of August 4-5, 2016, and August 10-12, 2016.

Below are counsel's judicial conflicts within the next couple of weeks:

2.　Undersigned counsel is scheduled for oral argument on August 2, 2016, in *Wissam Allouche vs. United States of America*, No. 15-50409 at the Fifth Circuit Court of Appeals.

3.　Undersigned counsel has a sentencing hearing on August 3, 2016, in a sealed case, in the United States District Court for the District of Columbia.

4.　Undersigned counsel will be traveling for these hearings from July 31, 2016 and will return in the early hours of August 4, 2016.

5.　Undersigned counsel is scheduled for a pre-trial hearing on August 8, 2016 and trial on August 15, 2016, in *State of Texas vs. Frederich Schauer, III,*

1

Cause No. 15-9-9548 in the 24th Judicial District Court, Jackson County, Texas.

6. Undersigned counsel has non-judicial conflicts, as she will attend the ABA Annual Meeting, which is being held August 4-9, 2016 in San Francisco, California. Counsel is the immediate past-chair of the Criminal Justice Section and the NACDL representative for the House of Delegates. In that capacity, counsel must attend meetings on August 6-9, 2016.

7. Counsel is a past-President of NACDL and attending the annual meeting in Palm Beach, Florida, which is being held on August 10-13, 2016. Counsel must attend meetings August 13, 2016.

8. Because undersigned counsel will be out-of-the-state during the above dates, Ms. Norma Leticia Villarreal-Garcia prays that this Honorable Court will not hold her detention hearing on these dates, but on a date she is available, August 4-5, 2016, and August 10-12, 2016, should the Court's schedule permit.

Respectfully Submitted,

By: /s/ Cynthia E. Orr
       CYNTHIA E. ORR

CYNTHIA E. ORR
Bar No. 15313350
GOLDSTEIN, GOLDSTEIN & HILLEY
310 S. St. Mary's St.
29th Fl. Tower Life Bldg.
San Antonio, Texas 78205
E-mail: whitecollarlaw@gmail.com
210-226-1463 phone
210-226-8367 facsimile

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above Notice of Judicial Conflicts [Scheduling Detention Hearing] was served *via* CM/ECF electronic filing system to the following:

    Christopher M. Blanton, Chris.Blanton@usdoj.gov
    Diana Cruz- Zapata, Diana.cruz-zapata@usdoj.gov
    James H. Sturgis, james.sturgis@usdoj.gov
    Joseph E. Blackwell, joseph.blackwell@usdoj.gov
    Mark Frazier, Mark.frazier@usdoj.gov

on this the 26th day of July, 2016.

                                        By: */s/ Cynthia E. Orr*
                                                CYNTHIA E. ORR